156 A.3d 178

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ZACHERY D. SANDERS (A/K/A ZACHARY SAUNDERS), DEFENDANT–PETITIONER.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002096–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.